CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 20 2007

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LYRISSA C. LAWSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06CV00747 |
| v. | ) | **FINAL ORDER** |
| MICHAEL J. ASTRUE, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| Defendant. | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Michael F. Urbnski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered remanding the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) with instructions that Lawson's anxiety, depression, and bipolar disorder be considered as a severe impairment under the regulations and that the remainder of the sequential evaluation process be employed, including, under sentence six, consideration of the new medical evidence submitted to the Appeal Council. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision is **VACATED**, the case is **REMANDED** to the Commissioner for further proceedings in accordance with the report and recommendation, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This December 20, 2007.

_____
UNITED STATES DISTRICT JUDGE